NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ANDERSEN HOERAM & EXCAVATION LLC
  dba ANDERSEN EXCAVATING

Debtor(s)

BK−22−10219−mkn
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that ROBERT E. ATKINSON is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 8/22/23

*Mary A Schott*

Mary A. Schott
Clerk of Court